No. 98–8664. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–8669. BARLOW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–1137. COUNTY COUNCIL OF VOLUSIA COUNTY *v.* LOGGERHEAD TURTLE (CARETTA CARETTA) ET AL. C. A. 11th Cir. Motions of Pacific Legal Foundation and Washington Legal Foundation et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 98–1242. MULL & MULL, PLC *v.* RHONE-POULENC RORER, INC., ET AL.; and

No. 98–1243. SPECE ET AL. *v.* RHONE-POULENC RORER, INC., ET AL. C. A. 7th Cir. Motion of respondent Baxter Healthcare Corp. for leave to file Rule 29.6 Corporate Disclosure Statement under seal granted. Certiorari denied. Reported below: 159 F. 3d 1016.

No. 98–8731 (A–836). JENKINS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 98–8856 (A–832). LAWRIE *v.* SNYDER, WARDEN. C. A. 3d Cir. Application for stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 97–1252. RENO, ATTORNEY GENERAL, ET AL. *v.* AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE ET AL., 525 U. S. 471;

No. 98–921. NORDSTROM *v.* NORDSTROM, 525 U. S. 1142;

No. 98–982. THOMPKINS *v.* QUINCY'S RESTAURANT, INC., 525 U. S. 1144;

No. 98–1032. CHI-MING CHOW *v.* MICHIGAN ET AL., 525 U. S. 1145;

No. 98–1104. DAVIDSON *v.* HUBBARD ET AL., *ante,* p. 1005;

No. 98–1105. GIESBERG *v.* TEXAS, 525 U. S. 1147;

No. 98–6314. STEPHENS *v.* UNITED STATES, 525 U. S. 1148;

No. 98–6326. MURPHY *v.* UNITED STATES, 525 U. S. 977;

No. 98–6794. BILES *v.* CORCORAN, WARDEN, ET AL., 525 U. S. 1081;

No. 98–6886. PAL *v.* PAL, 525 U. S. 1110;

No. 98–6979. KISKILA ET UX. *v.* BUSINESS EXCHANGE, INC., 525 U. S. 1124;

No. 98–6988. STRABLE *v.* UNITED STATES, 525 U. S. 1087;

No. 98–7086. EICKLEBERRY *v.* UNITED STATES, 525 U. S. 1090;

No. 98–7108. BOOKLESS *v.* MCKUNE, WARDEN, ET AL., 525 U. S. 1151;

No. 98–7119. GREEN *v.* FLORIDA PAROLE AND PARDON COMMISSION ET AL., 525 U. S. 1125;

No. 98–7143. IN RE CARTER, 525 U. S. 1066;

No. 98–7146. CROWLEY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 525 U. S. 1152;

No. 98–7161. IN RE LEWIS, 525 U. S. 1137;

No. 98–7199. CODDINGTON *v.* MAKEL, WARDEN, 525 U. S. 1153;

No. 98–7200. ANDERSON *v.* REGIONAL MEDICAL CENTER AT MEMPHIS ET AL., 525 U. S. 1153;

No. 98–7228. ESPARZA *v.* ROLLINS, WARDEN, ET AL., 525 U. S. 1154;

No. 98–7230. CONTURSI *v.* CIVIL SERVICE COMMISSION ET AL., 525 U. S. 1154;

No. 98–7288. ALEXANDER *v.* SOUTH CAROLINA ET AL., 525 U. S. 1156;

No. 98–7308. WILLIAMS *v.* USX CORP., 525 U. S. 1156;

No. 98–7313. CLARK *v.* UNITED STATES, 525 U. S. 1157;

No. 98–7422. WATKIS *v.* AMERICAN NATIONAL INSURANCE CO., 525 U. S. 1181;

No. 98–7465. BITTERMAN *v.* BITTERMAN, 525 U. S. 1187;

No. 98–7608. BRAVO *v.* DEPARTMENT OF VETERANS AFFAIRS ET AL., 525 U. S. 1166;

No. 98–7711. LINSMEIER *v.* WEST, SECRETARY OF VETERANS AFFAIRS, 525 U. S. 1168; and

No. 98–7849. WILSON *v.* CORCORAN, WARDEN, ET AL., *ante,* p. 1009. Petitions for rehearing denied.